United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSHUA ANDREWS, § § Plaintiff, § § v. § § MONTGOMERY COUNTY § HOSPITAL DISTRICT AND § SPENCER HALL (individually), § § Defendants. § | CIVIL A. NO. 4:23-cv-4434 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED on this day the parties advised the Court that all matters between them have been resolved and that they requested that an Order of Dismissal with Prejudice be entered. Therefore,

IT IS ORDERED that all of Plaintiff's claims against Defendants are dismissed with prejudice, and this cause of action is hereby DISMISSED WITH PREJUDICE. All costs and attorney fees are to be borne by the party who incurred the same.

SIGNED this **14** day of May 2024.

_____
UNITED STATES DISTRICT JUDGE